# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON THORNTON,         )<br>                                     )<br>         Petitioner,      )<br>                                     )<br>     v.                          )<br>                                     )<br>DENNIS VERZOSA,          )<br>                                     )<br>         Respondent.    )<br>_____) | 1:07-CV-0660 AWI NEW (DLB) HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

   Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

   IT IS SO ORDERED.

   Dated:   **June 4, 2007**             **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE